DANIEL G. BOGDEN
United States Attorney
JAMES E. KELLER
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Attorneys for Plaintiff

```
              FILED             RECEIVED
              ENTERED           SERVED ON
                          COUNSEL/PARTIES OF RECORD

                     MAR - 7 2012

                  CLERK US DISTRICT COURT
                   DISTRICT OF NEVADA
         BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASOWADUR KHAN,

    Defendant.

No. 3:12-cr-00026-RCJ-WGC

**INDICTMENT FOR VIOLATIONS OF:**

TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) and (b)(1)(C) - Distribution of a Controlled Substance (Count One)

TITLE 21, UNITED STATES CODE, SECTIONS 802(32)(A), 813, and 841(a)(1) and (b) - Distribution of a Controlled Substance Analogue (Count Two)

TITLE 21, UNITED STATES CODE, SECTIONS 802(32)(A), 813, and 841(a)(1) and (b) - Distribution of a Controlled Substance Analogue (Count Three)

TITLE 21, UNITED STATES CODE, SECTIONS 802(32)(A), 813, and 841(a)(1) and (b) - Distribution of a Controlled Substance Analogue (Count Four)

TITLE 18, UNITED STATES CODE, SECTION 2 - Aiding and Abetting (Counts One to Four)

THE GRAND JURY CHARGES THAT:

### Count One

On or about February 7, 2012, in the District of Nevada, ASOWADUR KHAN, defendant herein, did knowingly distribute a mixture or substance containing a detectable amount of 3,4-methylenedioxyprovalerone ("MDPV"), a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and 18 U.S.C. § 2.

### Count Two

On or about February 7, 2012, in the District of Nevada, ASOWADUR KHAN, defendant

herein, did knowingly distribute a mixture or substance containing a detectable amount of beta-keto-methylbenzodioxolylpentanamine ("pentylone"), a Schedule I controlled substance analogue as defined in 21 U.S.C. § 302(32)(A) knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813; all in violation of 21 U.S.C. §§ 802(32)(A), 813, and 841(a)(1) and (b); and 18 U.S.C. § 2.

### Count Three

On or about February 7, 2012, in the District of Nevada, ASOWADUR KHAN, defendant herein, did knowingly distribute a mixture or substance containing a detectable amount of alpha-pyrrolodinopentiophenone a/k/a alpha-pyrrolidinovalerophenone ("Alpha-PVP"), a Schedule I controlled substance analogue as defined in 21 U.S.C. § 302(32)(A) knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813; all in violation of 21 U.S.C. §§ 802(32)(A), 813, and 841(a)(1) and (b); and 18 U.S.C. § 2.

### Count Four

On or about February 7, 2012, in the District of Nevada, ASOWADUR KHAN, defendant herein, did knowingly distribute a mixture or substance containing a detectable amount of 2-(methylamino)-1-phenyl-pentane-1-one ("pentedrone"), a Schedule I controlled substance analogue as defined in 21 U.S.C. § 302(32)(A) knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813; all in violation of 21 U.S.C. §§ 802(32)(A), 813, and 841(a)(1) and (b); and 18 U.S.C. § 2.

**DATED** this 7 day of March, 2012.

A TRUE BILL:

/S/
FOREPERSON

DANIEL G. BOGDEN
United States Attorney

JAMES KELLER
Assistant United States Attorney

2